**FILED**
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1866 WQH |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Sec. 843(a)(3) - Acquiring Controlled Substance By Misrepresentation |
| LUIS IGLESIAS, |  |
| Defendant. |  |

The United States Attorney charges:

On or about June 19, 2007, within the Southern District of California, defendant LUIS IGLESIAS did knowingly and intentionally acquire by misrepresentation, fraud, deception, and subterfuge 50 tablets, 750 mgs. each, of Hydrocodone Combination Product, a Schedule III controlled substance, from Target Pharmacy No. 1816, by using a false prescription issued in the name of Dr. Theodore Affue, M.D., in violation of Title 21, United States Code, Section 843(a)(3).

DATED: June 9, 2008

KAREN P. HEWITT
United States Attorney

*[signature]*

STEVEN DE SALVO
Assistant U.S. Attorney