AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LUIS IGLESIAS | CASE NUMBER: 08CR1866-WQH |

I, LUIS IGLESIAS, the above-named defendant, who is accused of committing the following offense:

Acquiring Controlled Substance by Misrepresentation, in violation of Title 21, United States Code, Section 843(a)(3), a felony. Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __June 12, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant LUIS IGLESIAS

_____
Defense Counsel

Before _____
Judicial Officer

