UNITED STATES DISTRICT COURT )
UNITED STATES OF AMERICA )
)
vs. ) APPEARANCE BOND
) CASE NUMBER 08 CR 1866 WQH
Luis Iglesias )
)
)

**FILED**
JUN 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay to the United States of America the sum of $ OR , and there has been deposited in the Registry of the Court the sum of $ OR in cash or OR (describe other security) of the amount of bond.

    The conditions of this bond are that the defendant is to appear as ordered before , United States Magistrate Judge, and the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by the Magistrate Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate Judge or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions set forth in the order re conditions of pretrial release, filed in this matter and part of the record therein, are further conditions of this bond.

    If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

    It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond signed on JUNE 12 , 2008 , at SAN DIEGO, CA

Defendant's Signature: _____ Address 955 Wensley, Apt "A", El Centro, CA 92243

Surety's Signature: N/A Address _____

Surety's Signature: N/A Address _____

Signature of Witness of Surety's Signature: _____

Signed and acknowledged before me, the witness, on JUNE 12 , 2008 .

Approved: _____ , United States Magistrate Judge

K:\COMMON\FORMS\BOND.WPD

## SURETY AGREEMENT

I understand that by signing a bail bond, I will be responsible for the defendant's appearances in court and his compliance with all conditions of release as ordered by the court. if the defendant does not appear or comply with the conditions of release, I will be required to pay the amount of the bond, any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be entered against me and filed with the County Recorder for the full amount of the bond.

I certify under the penalty of perjury that all information contained in the Surety Information Sheet is true, accurate and complete. (penalty for false statements: $10,000 fine and/or five years imprisonment. 18 U.S.C. 1001.)

Printed name of surety: _____ N/A _____

Address: _____

Signature of surety: _____ Date: _____

Printed name of witness to surety's signature: _____ N/A _____

Address: _____

Signature of witness: _____ Date: _____

Printed name of surety: _____ N/A _____

Address: _____

Signature of surety: _____ Date: _____

Printed name of witness to surety's signature: _____ N/A _____

Address: _____

Signature of witness: _____ Date: _____

APPROVED AS TO FORM:

_____
Assistant United States Attorney
K:\COMMON\FORMS\SURAGRE.

CASE NAME: __U.S.A. vs_____ CASE NO. _____

## SURETY INFORMATION SHEET
(Use separate sheet for each surety)

ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION,
INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's Name:_____ N/A _____

Date of Birth:_____ "A" Number"_____ S.S. #_____

Immigration Status:_____

Home address:_____

_____ Home Phone:( )_____

Employer's Name:_____

Employer's Address:_____

Length of employment: _____ Work Phone: ( )

Monthly salary (gross): $_____

Surety's relationship to defendant:_____

## SURETY'S FINANCIAL INFORMATION:

**REAL PROPERTY OWNED:**

Address:_____ N/A _____

Value of property: $_____ Equity in property: $_____

Holder(s) of trust deed(s):_____

_____

Are payments current?_____

K:\COMMON\FORMS\SURINFO.

## AFFIDAVIT BY OWNER OF CASH SECURITY

I, _____ N/A _____, on oath say that I reside at

_____

and that the $_____ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

_____
Signature of Owner of Cash Security

## JUSTIFICATION OF SURETIES

I, _____ N/A _____, the undersigned surety, say that I reside at

_____

and that my net worth is the sum of $_____. I further say that I certify under penalty of perjury that the foregoing is true and correct.

Dated_____        _____
                                    Signature of Surety

----

I, _____, the undersigned surety, say that I reside at

_____

and that my net worth is the sum of $_____. I further say that I certify under penalty of perjury that the foregoing is true and correct.

Dated_____        _____
                                    Signature of Surety

K:\COMMON\FORMS\SURAFT.

Case Name: USA vs. _LUIS IGLESIAS_          AUSA Approval: _____

Case Number: _08 CR 1866 WQH_

**BAIL INFORMATION SHEET**

**Defendant Information:**

Name: _LUIS O. IGLESIAS_

Date of Birth: _02-14-1969_  "A" Number: _____  S.S#: _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_

Immigration status: _U.S. CITIZEN_

Home address: _955 WENSLEY #A, EL CENTRO, CA 92243_

Home phone: _(760) 996 4385_

Employer's name: _UNEMPLOYED DUE TO VOLUNTARY RESIGNATION AS PART OF PLEA AGREEMENT_

Employer's address: _____

Length of employment: _____  Work phone: _____

Name and address of persons with whom defendant will **live** during pendency of case:

_CRISTINA IGLESIAS (WIFE) 955 WENSLEY, #A EL CENTRO CA 92243_

Name(s), address(es), and phone number(s) of person(s) residing in United States who will know how to contact defendant:

_CRISTINA IGLESIAS 955 WENSLEY, #A EL CENTRO 92243 (760) 996-4385_
_CYNTHIA MEDINA 1081 AUTUMN GATE, EL PASO, TX (915) 591-0409_

**Defense Attorney Information:**

Name: _RICHARD L. PINCKARD_   Address: _BOBBITT PINCKARD & FIELDS 8388 VICKERS ST. SAN DIEGO CA 92111_   Phone: _(858) 467-1199_

K:\COMMON\FORMS\BAILINFO.

## ADVICE OF PENALTIES AND SANCTIONS

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 USC 3148, and a prosecution for contempt as provided in 18 USC 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a tem of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 USC 1503 makes is a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 USC 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 USC 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,00 fine to tamper with a witness, victim or informant; and 18 USC 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 USC 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order, if the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not mare than two years or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,00 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for another offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 6/12/2008

Signature of Defendant

K:\COMMON\FORMS\ADVFRM.