# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TITLE 21 U.S.C. SEC 843 (a)(3)

UNITED STATES OF AMERICA )
vs )
Luis Iglesias )

CASE NUMBER  08 CR 1866 - WQH

ABSTRACT OF ORDER

Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  6/12/08
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ O|R bond posted.

__✓__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Received _____
DUSM

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE
                                OR
W. SAMUEL HAMRICK, JR.   Clerk
by
       Deputy Clerk

Crim-9  (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151