Richard L. Pinckard (SBN 132715)
Bradley M. Fields (SBN 174974)
Julie S. Buechler (SBN 175623)
BOBBITT, PINCKARD & FIELDS, APC
8388 Vickers Street
San Diego, CA  92111
Telephone: (858) 467-1199
Facsimile: (858) 467-1285
EMAIL:  Rick@coplaw.org

Attorneys for Defendant LUIS IGLESIAS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS IGLESIAS,<br><br>    Defendant. | Case No.  08CR01866-001-WQH<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

In accordance with the Order of this Court filed August 6, 2008, counsel for Defendant LUIS IGLESIAS, hereby files this Acknowledgment confirming the next court date by Defendant in this matter, originally set for September 8, 2008 at 9 a.m., has been reset to October 27, 2008 at 9 a.m.

Dated:  August 12, 2008                          BOBBITT, PINCKARD & FIELDS, APC


                                                 /s/Richard L. Pinckard
                                                 Richard L. Pinckard, Esq.
                                                 Attorneys for Defendant LUIS IGLESIAS


**ACKNOWLEDGMENT OF NEXT COURT DATE**